**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Yoshiko I. Jones, <br><br> *Debtor*. | Case No. 25-13684-amc <br> Chapter 13 |

**Motion to Approve Karen Ann Jones as Next Friend**

Debtor Yoshiko I. Jones, through her attorney, moves this Court as follows:

1. The Debtor filed a voluntary petition for relief under chapter 13 on September 12, 2025.

2. The Debtor cannot effectively participate in this bankruptcy case because she suffers from moderate Alzheimer's dementia. Given that, she incapable of realizing and making rational decisions with respect to her financial responsibilities. A statement by the Debtor's medical provider is attached as Exhibit A.

3. The approval of a Next Friend is necessary to ensure the Debtor's rights and interests are adequately protected and to facilitate the administration of this case in accordance with the Bankruptcy Code.

4. The appointment of a Next Friend is appropriate when a party is unable to manage their affairs, and such an appointment is in the party's best interests. *Gardner v. Parson*, 874 F.2d 131, 139 (3d Cir. 1989).

5. Karen Ann Jones, the Debtor's daughter, is willing and qualified to act as the Debtor's Next Friend in this matter.

6. Because the Debtor's condition leaves her unable to complete the pre-filing credit counseling and the pre-discharge financial management course, the Court must waive those requirements. *See* 11 U.S.C. § 109(h)(4); 11 U.S.C. § 1328(g)(2).

For the reasons above, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: September 12, 2025	SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek
Brad J. Sadek
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com