


September 15, 2025

To Whom It May Concern:

LIFE St. Mary Participant Yoshiko Jones (DOB: 5/6/36) is under medical care for the following health conditions: Moderate Alzheimer's Dementia with mood disturbance, COPD, Peripheral Vascular disease, GERD, Incontinence of urine and feces, osteoarthritis of bilateral knees, hyperlipidemia, and gait disturbance. She is dependent on her daughter Karen Jones for assistance with most ADLs and all IADLs. Due to her dementia, she is not able to manage her own finances, legal affairs, or medical care. Feel free to contact me if you have any further questions.

Best Regards,

*Julie Whittemore CRNP*

Julie Whittemore, CRNP