IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | NO. 25-13684 |
| YOSHIKO L. JONES<br>      Debtor | CHAPTER 13 |
| BUCKS COUNTY TAX CLAIM BUREAU<br>      Movant | Hearing Date: December 2, 2025 at 11:00 a.m. |
| -vs- | |
| YOSHIKO L. JONES<br>      Respondent | |
| and KENNETH E. WEST<br>      Trustee | |

## BUCKS COUNTY TAX CLAIM BUREAU'S MOTION TO BAR DEBTOR FROM REFILING FOR BANKRUPTCY FOR A PERIOD OF FIFTEEN (15) MONTHS

1. Debtor is an adult individual with last known address of 103 Liberty Drive, Bensalem, Pennsylvania 19020.

2. Creditor, Bucks County Tax Claim Bureau, is a government agency located at 55 East Court Street, Doylestown, PA 18901.

3. Debtor is the owner of the real property located at 103 Liberty Drive, Bensalem, PA 19020 (the "Property").

4. The Property was scheduled to be sold via tax sale on December 11, 2018 as a result of Debtor's failure to pay real estate taxes due and owing.

5. On December 10, 2018, the day before the scheduled tax sale of the property, Debtor filed a Petition for bankruptcy under Chapter 13 under case number 18-18138 in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

6.      On July 10, 2019, Debtor's case was dismissed due to the Debtor's failure to make plan payments.

7.       The Property was scheduled to be sold via tax sale on September 17, 2019 as a result of Debor's failure to pay real estate taxes due and owing.

8.      On August 23, 2019, Debtor filed a Petition for bankruptcy under Chapter 13 under case number 19-15297 in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

9.      On March 4, 2020, Debtor's case was dismissed due to the Debtor's failure to make plan payments.

10.     The Property was scheduled to be sold via tax sale on December 2, 2020, as a result of Debtor's failure to pay real estate taxes due and owing.  That sale date was postponed to March 10, 2021 due to the COVID-19 Pandemic.

11.     On December 11, 2020, Debtor filed a Petition for bankruptcy under Chapter 13 under case number 20-13678 in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

12.     On March 10, 2021, Debtor's case was dismissed due to the Debtor's failure to appear for the first meeting of creditors.

13.     The Property was scheduled to be sold via tax sale on November 10, 2022 as a result of Debtor's failure to pay real estate taxes due and owing.

14.     On March 18, 2022, Debtor filed a Petition for bankruptcy under Chapter 13 under case number 22-10674 in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

15.    On May 30, 2023, Debtor's case was dismissed due to the Debtor's failure to make plan payments.  In the same Court Order dated May 30, 2023, Debtor was prohibited from filing any subsequent bankruptcy petition within a period of 365 days without Court approval.

16.    The Property was scheduled to be sold via tax sale on September 16, 2025, as a result of Debtor's failure to pay real estate taxes due and owing.

17.    On September 12, 2025, Debtor filed a Petition for bankruptcy under Chapter 13 under case number 25-13684 in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

18.    Debtor currently owes $51,531.39 in real estate taxes.

19.    Debtor's history of instituting bankruptcy cases and permitting them to be dismissed without making any effort to comply with the procedure of bankruptcy court makes it plain that the serial filing of the Debtor is purely to avoid the Property being sold at tax sale.

20.    The protections put in place by the Automatic Stay were not meant to be used as a tactic to avoid paying debts.

21.    The Bucks County Tax Claim Bureau seeks an Order barring Debtor from refiling a petition for bankruptcy for a period of at least fifteen (15) months[1] so that Debtor may not abuse the system in order to avoid paying her taxes.

> Respectfully Submitted,
> GRIM, BIEHN & THATCHER, P.C.
>
> By:    /s/ Michael K. Martin
> Michael K. Martin, Esquire
> Kelly L. Eberle, Esquire
> 104 S. 6th Street
> P.O. Box 215
> Perkasie, PA 18944
> 215-257-6811
> mmartin@grimlaw.com

[1] The final tax sale will be held in December 2026.

keberle@grimlaw.com
*Counsel for Bucks County Tax Claim Bureau*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025 , I served a copy of the foregoing document on

the following individual(s) via the ECF System:

Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Blvd. Ste. 220
Philadelphia, PA 19102
[Attorney for Debtor]


Kenneth West, Esquire
United States Trustee
**Via ECF**


**Grim, Biehn & Thatcher**


By:      /s/ Michael K. Martin
Michael K. Martin, Esquire
Kelly L. Eberle, Esquire
104 S. 6th Street
P.O. Box 215
Perkasie, PA 18944
215-257-6811
mmartin@grimlaw.com
keberle@grimlaw.com
*Counsel for Bucks County Tax Claim Bureau*